■ In the Matter of JEFFREY THRALL, Respondent, v CNY CENTRO, INC., et al., Appellants. (Appeal No. 2.) [932 NYS2d 406]—

Same memorandum as in *Matter of Thrall v CNY Centro, Inc.* (89 AD3d 1449 [2011]). Present—Peradotto, J.P., Carni, Lindley, Sconiers and Green, JJ.